**Order filed November 8, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00472-CV

———————

**MICHAEL THIBODEAUX, Appellant**

**V.**

**JONATHAN R. CAMPBELL AND PRESTON J. JULIAN, Appellees**

---

**On Appeal from the County Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 980917**

---

## O R D E R

Appellant's brief was due originally due July 25, 2011. The court granted two extensions of time to file the brief until October 17, 2011. To date, appellant has not filed a brief or a further motion for extension of time.

Unless appellant files a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **November 28, 2011**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM